No. 26-2052

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**JORFRANK ALEXANDER LUGO-SOLET,**

**Petitioner-Appellant,**

**v.**

**MARKWAYNE MULLIN, et al.,**

**Respondents-Appellees,**

# RESPONDENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ANSWERING BRIEF

Respondents, by their undersigned counsel, request a thirty-day extension of time, from October 23, 2026, to November 23, 2026, to file an answering brief in this case. This is their second motion for extension of time in this matter. An extension is required because the case may soon moot out, as Mr. Lugo-Solet has recently filed an unopposed motion to withdraw his administrative appeal of his removal order and to have the immigration court's grant of voluntary departure reinstated. In support thereof, the Court is respectfully referred to the Declaration of Robert D. Tennyson, filed herewith.

Petitioner's counsel, Alixandra S. Cossette, consents to the extension of time. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Respondent respectfully requests that the Court grant this motion for an extension of time to file the answering brief up to and including November 23, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

COREY FARRELL
Senior Litigation Counsel
Office of Immigration Litigation

*/s/ Robert D. Tennyson*
ROBERT D. TENNYSON
Senior Litigation Counsel
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 598-0711

robert.d.tennyson@usdoj.gov

Attorneys for Respondent

Dated: October 19, 2026

**No. 26-2052**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

**JORFRANK ALEXANDER LUGO-SOLET,**

**Petitioner-Appellant,**

**v.**

**MARKWAYNE MULLIN, et al.,**

**Respondents-Appellees,**

---

DECLARATION OF ROBERT D. TENNYSON

1. I, Robert D. Tennyson, am an attorney at the U.S. Department of Justice, Civil Division, Office of Immigration Litigation.

2. As an attorney in OIL, my duties include the preparation of briefs and oral arguments on behalf of the Attorney General in petitions for review brought in the United States Courts of Appeals challenging orders of deportation or removal under the Immigration and Nationality Act, as well as litigation of citizenship claims remanded from the Courts of Appeal to the United States District Courts. I am also responsible for appeals of immigration matters from the District Courts to the Courts of Appeals.

3. On October 14, 2026, Mr. Lugo-Solet, the appellant in the instant matter, filed a motion with the Board of Immigration Appeals to withdraw his appeal and for reinstatement of a voluntary departure order previously entered by the immigration court.

4. The following day, the Department of Homeland Security filed a non-opposition to the motion with the Board.

5. Assuming the Board grants the unopposed motion, the Department will be available to assist Mr. Lugo-Solet depart voluntarily from the United States, ending his custody and mooting the instant matter.

6. An extension of time would provide a reasonable window within which these various steps can occur.

5. I contacted Petitioner's attorney, Alixandra Cossette, on October 19, 2026, and was informed that Appellant does not oppose any extension.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on: October 19, 2026

/s/ Robert D. Tennyson
Robert D. Tennyson
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-2244
robert.d.tennyson@usdoj.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32, I certify that the Respondent's Unopposed Motion for Extension of Time to File Answering Brief: (1) is double-spaced, (2) is proportionally spaced in Garamond, 14 point, non-script typeface, and (3) contains 718 words.

/s/ Robert D. Tennyson
Robert D. Tennyson
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4105
robert.d.tennyson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Petitioner's counsel is a registered CM/ECF user and will be served through the CM/ECF system.

/s/ Robert D. Tennyson
Robert D. Tennyson
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4105
robert.d.tennyson@usdoj.gov